# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2ONE LABS INC., a Nevada corporation; and PERFORMANCE PLUS MARKETING, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ITG BRANDS, LLC, a Texas limited liability company; IMPERIAL TOBACCO LIMITED, a British limited company; and FONTEM US, LLC, a North Carolina limited liability company,<br><br>Defendants. | Case No. 2:24-cv-08124-MWF-E<br><br>Hon. Michael W. Fitzgerald<br><br>**PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiffs 2ONE Labs Inc. and Performance Plus Marketing, Inc.'s (collectively, "Plaintiffs") Amended Motion for Preliminary Injunction, the declarations and exhibits filed in support thereof, the arguments of counsel, and the other pleadings and papers on file in this matter, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court now **ORDERS** as follows:

1.  IT IS HEREBY ORDERED that, pending final resolution of this action, Defendants ITG Brands, LLC, Imperial Tobacco Limited, and Fontem US, LLC (collectively, "Defendants") including any agents, affiliates, subsidiaries, parents, officers, directors, employees, and assigns, and all persons in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, shall be preliminarily **RESTRAINED** and **ENJOINED** from the following:

Directly or indirectly engaging in any future sales of product bearing the "zone bullseye mark", depicted below, or any colorable imitation thereof or any mark confusingly similar thereto, to market, advertise, manufacture, distribute, promote, offer for sale, sell, render, or identify Defendants' oral nicotine pouches.



2.  Defendants need not recall any product currently in the market bearing the "zone bullseye mark." Defendants are also not prohibited from using the "zone" brand or mark in its entirety.

//
//
//

**IT IS SO ORDERED.**

Dated: January 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge